IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TINA ATOE, ET AL | CIVIL ACTION NO.:   5:20-cv-01324 |
| VERSUS | |
| | JUDGE: |
| ORTHOPEDIATRICS US DISTRIBUTION CORP.ET.AL. | MAGISTRATE JUDGE: |

_____

# MOTION TO SUPPLEMENT STATE COURT RECORD FOR REMOVAL

_____

Defendant, ORTHOPEDIACTRICS US DISTRIBUTION CORP., appearing herein through undersigned counsel, hereby files this Motion to Supplement the State Court Record filed with ORTHOPEDIACTRICS US DISTRIBUTION CORP.'s removal of the litigation to this Honorable Court.  ORTHOPEDIACTRICS US DISTRIBUTION CORP. herein attaches the dismissal of Dr. Kalen McClary, pursuant to this Honorable Court's Order dated November 18, 2020.  The Dismissal of Dr. McClary was inadvertently omitted from the state court record when the removal was filed with this court.

**WHEREFORE,** ORTHOPEDIACTRICS US DISTRIBUTION CORP., hereby files this Motion to Supplement the State Court Record to include the attached dismissal of Dr. McClary, which is hereby labeled Exhibit "A."

Respectfully submitted,

**ADAMS HOEFER HOLWADEL, LLC**

___/s/   D. Russell Holwadel_____
**D. RUSSELL HOLWADEL (#16975)**
**BRUCE R. HOEFER, JR. (#6889)**
**LYDIA HABLISTON TOSO (#12873)**
**PHILLIP J. REW (#25843)**
**HEATHER E. REZNIK (#29175)**
400 Poydras Street, Suite 2450
New Orleans, Louisiana   70130
Telephone:   504.581.2606
Facsimile:    504.525.1488
**Attorneys for Orthopediatrics US Distribution Corporation**

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Motion to Supplement the State Court Record has been served upon counsel for all parties to this proceeding ECF filing, via facsimile, e-mail and/or by depositing in the United States mail, properly addressed and first class postage prepaid on this 14th day of December, 2020.

**Counsel for Plaintiff, Tina Atoe, et. al.**
**STEMMANS & ALLEY**
W. Michael Stemmans (No. 12439)
M. Todd Alley (No. 24934)
Michael J. Taffaro (No. 28244)
Jennifer E. Frederickson (No. 30510).
2798 O'Neal Lane, Suite B-3
Baton Rouge, Louisiana   70816
Telephone: (225) 752-5266
Facsimile: (225) 752-5267

/s/      D. Russell Holwadel
D. RUSSELL HOLWADEL

2