**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| TINA ATOE | CIVIL ACTION NO. 20-1324 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| ORTHOPEDIATRIC US DISTRIBUTION CORP., ET AL. | MAGISTRATE JUDGE HORNSBY |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled,

**IT IS ORDERED** that this action is hereby **DISMISSED,** without prejudice to the right, upon good cause shown within ninety (90) days of the signing of this Order, to reopen the action if settlement is not consummated. The Clerk is now requested to close this case.

**IT IS FURTHER ORDERED** that within ninety (90) days of the signing of this Order, the parties shall submit to the Court: (1) a joint motion to dismiss accompanied by a proposed order; or (2) a Rule 41(a)(1)(A)(ii) stipulation of dismissal signed by all parties who have appeared in this action. Any motion that may be pending in this case is hereby **DENIED AS MOOT**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 8th day of January, 2024.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE